1

1 of 4 Plus ADDITION-AL page for Relief + Money DAMAGES.

Plaintiff's Name Moishe B. Harris
Prisoner No. #002603344 9A cell#4
Institution West County Detention facility

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Moishe Bilma Harris
(Enter your full name)

v.

Deputies
John Doe #1
John Doe #2
John Doe #3
John Doe #4

Female medical nurse
Jane Doe #1
DAVID Livington.
CoCo County sheriff/Coroner.
CoCo Sheriffs office.

(Enter the full name(s) of all defendants in this action)

John Doe #5, CoCo County District Attorneys office (Head DA. Diana Becton) (DA. Savanah Johnson)

Case No. 26-08862 KAW
(Provided by the Clerk upon filing)

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Exhaustion of Administrative Remedies.**

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement West County Detention Facility

**B.** Is there a grievance procedure in this institution? ☑ YES ☐ NO

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☑ YES ☐ NO

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: Appeal Date 5-28-26. Unknown person Responded on 6-1-26, result "Denied" Told me the event(s) happened over 7 days ago, and conceded that "I may

2. First formal level: want to contact a Lawyer if I want to file a lawsuit." But the Unknown Person kept my 20 page grievance (page 1 and page 3-20 and sent the response back on page 2 with no tracking #.

please Note: After they kept the 20 page grievance I started keeping the pink copies!

3. Second formal level: I filed another 2 page grievance on 6 ~~pep~~ on the jail for not honoring my Rights to the grievance procedure and not sending me these Lawsuit

4. Third formal level: forms on 6-7-26. (Result, NO Response they kept the 2 page Grievance. I filed another 24 page grievance on 7-4-26 to no avail they kept it and did NOT Respond.

Please Note. The Jail refused to send me in forma Pauperis forms also! I got these forms in another inmates name. I have .09¢ on my books, sorry!

E. Is the last level to which you appealed the highest level of appeal available to you?

☑ YES ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

I've presented/filed over 50 pages of grievance forms pertaining to my claims and over 100 pages Total combined pertaining to the (medical malpractice claims) directly related to this claim. which I'll be filing seperately on another complaint

**II. Parties.**

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Just Me: (Moishe B Harris #002603344)

B. For each defendant, provide full name, official position and place of employment. The Jail refused to give me the names of the deputies or the nurse, Body worn camera (BWC) ETC. ① John Doe 1 ② John Doe 2 ③ John Doe 3 ④ John Doe 4 ⑤ John Doe 5 ⑥ Jane Doe (nurse) ⑦ David Livingston Top Sheriff/Coroner ⑧ Deputy District Attorney (Savannah Johnson) ⑨ Head DA (Diana Becton) D.A's office place of Employment > Co Co County sheriffs office, MDF, West County detention Facility. Martinez Det Facility intake

**III. Statement of Claim.**

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

CLAIM 1

I am a 57 year old ADA Black Man who got arrested on March 10th 2026 for a ($2,000.00 Bench warrant) and (290.011A (a misdemeanor) failure to update registration) after being unlawfully detained at the El Cerrito Plaza bart station in El Cerrito, Cal. because a man intentionally lied to Bart Police and said I stole my own bike off a pole in front of a house across the street from the Bart station, when he really knew that it was my bike, because he seen me unlock my bike with my key and then wrap my cable around my seat and lock my lock back, and then enter the Bart station and go to the (Richmond platform to catch the Richmond Train)

Claim 1 continued on next page 3

claim 1 continued from page 2: to be Clear The statement of claim 1 and the facts of my case is that Bart police took me to Martinez Detention Facility for a $2000.00 warrant and a misdemeanor and not even 5 minutes after I got in intake 5 Deputies committed assault, mayhem ADA ABUSE, ELDERLY abuse, Hate Crime, GBI By Breaking my Jaw (Fracturing my Jaw), gave me a severe concussion knocked out my "R" tooth corporal punishment (mayhem), busting my "R" eardrum, dislocated my "R" shoulder, injured my neck and my back so bad that I couldn't even stand up straight or walk under my own power, they injured my spine so bad that I been in a wheelchair for 4 months and counting. Deputys are John Does because the Contra Costa County sheriffs/coroners office and David Livingston refuse to give me the names of the Deputies or the nurse who helped them assault me, the nurse is Jane Doe 1. John DOE 1-5 all attacked me and grabbed me because I didn't want to talk to medical so they just all attacked me dragged me viciously to the medical desk and and lifted me up off my feet and forcefully smashed my face down on the medical desk on the "R" side of my face by my throat and another Deputy (John DOE 2) was holding the back of my neck/Head so I couldn't move while the other ones was bending my arms up as far as they could possibly go, one of them was holdin my lower back waist area so that my back was awkwardly contorted and twisted. The biggest deputy maybe 280-300lbs was just bearing all of his dead weight down on my "L" cheekbone temple so hard with the heel of his hand so hard that I was yelling at the top of my lungs screaming it was horrible,

next page

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

(1) I need the (US. District Court NORTHERN District of CALIFORNIA) to make an EMERGENCY court order for Contra Costa County sheriff/coroner office to release me from this knowingly + intentional False Imprisonment. (2) (5,000,000 Million Dollars) from DAVID Livingston/CoCo County sheriff/coroners office FOR their Employees/deputies John DOES 1-5 + nurse Jane DOE violently assaulting me resulting in GBI + Mayhem, concussion, Fractured Jaw, Busted EAR DRUM.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. Every single WORD!

Executed on: 7-28-26 Moishe Harris

Date Signature of Plaintiff

SEE ATTACHED ADDITIONAL PAGE!

The scene was all captured on Audio and Video surveillence cameras as
well as 8-10 BWC Body worn Cameras as required By Law. John Do
cracked my Jaw off line by pressing down on my cheekbone so hard with hi
heel of hand with his arm locked in place straight (straight ARM) Like the ma
on a Heisman Trophy and he literally snapped it and the whole time this
was going on I was just squeling, crying, and whimpering in a High pitched
voice, "cause it Hurt Like Hell" and while this was happening the nurse (Ja
Doe) was yelling in my face with her head held sideways/parallel scream
ing in my face like she was scolding a dog for pooping on the carpet. sh
was so caught up in the moment so close that I literally smelled her ho
Breath and spittle from her mouth even hit my face (the sheriffs office
sgt's, LT's captain, or watch commander all refuse to speak to me about the issu
/events they refuse to give up any evidence and refuse to let me file criminal
charges to prosecute any of the assailants). Realizing how bad they had inju
me the Deputies (John Doe 1-5 and Jane Doe the nurse) colluded and came up with a
desperate/fictitious cover story (cover-up) in an attempt to avoid a lawsuit. they pu
this brown bag type ski mask over my head (which not only restricted my breathi
but also distorted my face, took me out to the garage and told Bart PD that
I was rejected for High Blood Pressure" and to take me to Martinez Hospital to
get cleared so they could re-intake me and act like the beating never took
place. Please NOTE: the Deputies or the corrupt nurse NEVER took my blood pressure

CLAIM: 2 FALSE IMPRISONMENT, I'm being HELD ILLEGALLY ON
FALSE CHARGES. DEPUTIES FRAUDULENTLY CHANGED MY
ORIGINAL CHARGE (290.011A) MISDEMEANOR TO (290.011C) A
FELONY BY CHANGING THE "A" to a "C" at the END OF THE PENAL
CODE. THE DEPUTIES John Does 1-5 and nurse Jane Doe egregiously, maliciously
criminally and fraudulently falsified my Booking Folder enormously to cover up the
vicious attack/and violent assault 1,000,000 % Facts. they wrote false Incident report
and/or rejection report ② They created a false/fictitious medical condition, false
sified my medical records with false vital signs, false High Blood Pressure
reading number, false narrative, called a doctor and relayed these falsehood
to him or her to commit malpractice. all this is supported by Hard core un
questionable physical evidence, audio + video evidence I have the police report to
prove I was only booked on a (2,000.00 dollar warrant and a misdemeanor) and
even my public Defender was lying to me trying to railroad me trying to make me
believe that Bart Police arrested and booked me on a felony. He refused to sho
me the police report, and refused to get the case dismissed for Double Jeopardy, an
for me being unlawfully detained and arrested by Bart Police, or for the Deputies
illegally changing my charges in my booking folder, so I had to go "Pro Per" and I'm now
representing myself. The Co Co County District Attorneys office is guilty of filing on these
false charges and trying to wrongfully prosecute and/or convict and for having
me falsely imprisoned for over 4 months and counting. at my preliminary Hearing
on 7-16-26 Bart Police officer CHOEZIN" Testified under oath that he charged
me with (290.011a) a misdemeanor (Transient failure to update registration
not (290.011C) a felony (Transient failure to register annually) ADA Disabilities
I suffer from severe Degenerate spine Disease, Degenerate Disk Disease C5-C
disk narrowing, GSW x7 5 Bullets still in me 1 in L1-L2 spine, 2 in "R" Lung, 1 in hip
bullet fragments in "L" ankle 2 screws in "L" ankle, neuropathy, Traumatic Brain
Injury (TBI) Bone spurs in Back, scoliosis (curved spine), severe C.O.P.D emphy-
sema, Degenerat Joint Disease in BACK, Both hips and "L" ankle, Bullet shattered
my "L" heel Talus, Tibula + Fibula. Severe PTSD, Depression, schizophrenia Been
victim of violent crimes + police Brutality multiple times | 4 of 4
Been a member of (Americans Disabilities Act) 20 years

Continued from page 3 "RELIEF"

to injuries NECK + SPINE/BACK, Right eye DAMAGE, seperated R "sho
Knocked my tooth out my mouth, they literally p
me in a wheelchair, I came into MDF intake wal
and left in a wheelchair and been in it 4 mon
and counting, suffering from painful permanen
juries (3) 1,000,000 million dollars apiece fr
deputies (John Does 1-5 and nurse Jane Doe
Hate Crimes, ADA abuse, ELDERLY ABUSE, MEN
anguish, Emotional Distress, ATTEMPTING to co
up the crimes (4) 1,000,000 million Dollars a
for False Inprisonment, putting False charge
my booking folder, for the District ATTORney
office intentionally + knowingly filing illeg
and false charges on me causing me to be w
fully inprisoned and incarserated against
will for over 4 months and counting sole
on the False Charges, being illegally prosecu
by D.A. Savanah Johnson, and the Contra Cos
County Sheriff/Coroners office. PLEASE Note: I
BEING HELD ON $200,000.00 Dollar BAIL/RONSOM!

(1) $5,000,000 (DAVID Livingston/Sheriffs office) John Does
and JANE DOE

(2) $6,000,000 (1 million apiece from DEPUTIES John Doe 1-5 +
DOE NURSE)

(3) $120,000,000 (CO.CO. County Sheriffs office/D.A. OFFICE

TAL $131,000,000 million. in DAMAGES

(4) I need copies of any + all video + AUDIO EVIDENCE, BU
... to press criminal CHARGE

Staff assault GBI/Mayhem
Co Co County SHERiffs/coroners of
False Imprisonment!

# CONTRA COSTA COUNTY DETENTION FACILITY

(✓) INMATE REQUEST FOR INFORMATION ( ) MEDICAL REQUEST

To: Module Deputy

From: Moishe Hankers Bkg # 0026038[redacted]

Date: 8 / 18 / 26 (DOB) Housing Assignment: [redacted]

Check One: ( ) Request ( ) Grievance ( ) Appeal ( ) Other

Request: Could you please tell me how much money I have on the Books and or in my Trust account. So I can show the civil courts That I am Indigent So That they can Waive my filing FEE

Thank You Very much.

Date Rec'd: 8 / 18 / 26 Rec'd By: SAPBA2

Routed To:

ANSWER: ( ) APPROVED ( ) DENIED-(state reason)

you have $0.09

I HAVE $0.09¢

By: Date: / /

Pink: Kept by Inmate Yellow: Reply to Inmate White: To Booking
DET 024: FRM 1/2/91